UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
GENIE RICHARDSON, As Administratrix
of the Estate of Michael Allen Richardson,

                                                   MEMORANDUM AND ORDER

               Plaintiff,                        CV 89-2460

     -against-                                (Wexler, J.)

3000 SECAUCUS ROAD .

              Defendants.
-----------------------------------------------------X

       In an order dated July 21, 1993, this court approved settlement of the claims herein. That order provided, <u>inter alia</u>, that the sum of $59,359.55 be payable on behalf of Mycail Alicia to Genie Richardson, guardian of Mycail Alicia Richardson, jointly with an officer of Chemical Bank, North Babylon, NY. Such funds were to be deposited in accordance with and subject to further order of this court.

       Sufficient proof, annexed hereto, indicating that Mycail Alicia Richardson has attained her majority, IT IS HEREBY ADJUDGED ORDERED AND DECREED that,

       All funds currently on deposit at the Chase Manhattan Bank (successor to Chemical Bank) under account number 824600054519, under the account title "Genie Richardson as Guardian for Mycail Alicia Richardson, jointly with an officer of Chemical Bank," be paid over in full to Mycail Alicia Richardson;

       AND IT IS FURTHER ORDERED ADJUDGED AND DECREED that:

       Upon payment of such sums to Mycail Alicia Richardson, neither Chase Manhattan Bank nor any of its officers, agents or employees shall have any further responsibility or liability with respect to this account.

SO ORDERED.

                                                    LEONARD D. WEXLER
                                                    UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
        April 1, 2008

# CERTIFIED TRANSCRIPT OF BIRTH
## STATE OF NEW YORK
### DEPARTMENT OF HEALTH

**FULL NAME OF CHILD:** MYCAIL ALICIA RICHARDSON

**DATE OF BIRTH:** March 11, 1990  08:19PM

**PLACE OF BIRTH:** Hempstead, New York

**MAIDEN NAME OF MOTHER:** MARY ROSS

**NAME OF FATHER:**

**DATE FILED:** March 20, 1990

**STATE FILE NO.:** 028575

This is to certify that the information concerning the birth of the above named person is a true and accurate transcription of the information recorded on the original certificate of birth on file with the New York State Department of Health.

_Peter M. Carucci_
Peter M. Carucci
Director, Vital Records Section

DATE  February 22, 2008

Accept this transcript unless the raised seal of the New York State Department of Health hereon

ANY ALTERATION VOIDS THIS TRANSCRIPT

V053143417-1-A0053